1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              OAKLAND DIVISION
6

| | |
|---|---|
| STEPHAN SETTGAST, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MAINE MINERAL & GEM MUSEUM, a Maine Corporation; DARRYL PITT, an individual; LAWRENCE STIFLER, an individual; and MARY MCFADDEN, an individual,<br><br>　　　　Defendants. | Case No: C 16-00909 SBA<br><br>Related to<br>Case No: C 16-05106 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |
| AND RELATED COUNTERCLAIM. | |

　　The Court having been notified of the settlement of this action, see Dkt. 34, and it appearing that no issue remains for the Court's determination,

　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not effectuated, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within sixty (60) days of this order. All scheduled dates are VACATED.

　　IT IS SO ORDERED.

Dated: 10/12/2016

　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge